# United States Court of Appeals for the Federal Circuit

---

**VDPP LLC,**
*Plaintiff-Appellant*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

---

2021-2040

---

Appeal from the United States District Court for the Central District of California in No. 8:20-cv-00030-JVS-KES, Judge James V. Selna.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

March 25, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court