Maschoff Brennan

949.202.1900
300 S. Grand Ave., Suite 1400
Los Angeles, California 90071

Charles S. Barquist]
cbarquist@mabr.com
310-666-5434

May 19, 2022

Peter R. Marksteiner
Circuit Executive & Clerk of Court
United States Court of Appeals for
the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

*Via ECF*

Re: *VDPP, LLC v. VIZIO, Inc.*, No. 21-2040
Supplemental authority under FED. R. APP. P. 28(j)

Dear Mr. Marksteiner:

Defendant-appellee VIZIO, Inc. respectfully submits this Citation of Supplemental Authority pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure.

On May 2, 2022, VIZIO petitioned for rehearing of the Court's March 25, 2022 Opinion and Judgment in this case. (*See* Docs. 45, 46, 54.) So far as the Court's docket reveals, that petition has not yet been acted on.

As VIZIO pointed out in its petition, the issues here overlap substantially with those addressed by *Dyfan, LLC v. Target Corp.*, 28 F.4th 1360 (Fed. Cir. 2022), which came out the day before the Opinion in this case. (*See* Doc. 54 at 1, 2, 5-9, 12-15, 19.) Indeed the Court's Opinion in this case expressly and repeatedly relied on *Dyfan*. (*See* Doc. 45 at 5, 6, 8.)

The same day that VIZIO petitioned for rehearing in this case, Target petitioned for rehearing in *Dyfan*. Doc. 48, *Dyfan LLC v. Target Corp.*, No. 21-1725 (Fed. Cir. May 2, 2022). Two weeks later, a group of law school faculty—23 professors from across the country—moved for leave to file in the *Dyfan* case an amicus brief supporting rehearing en banc. Doc. 50-1, *Dyfan LLC v. Target Corp.*, No. 21-1725 (Fed. Cir. May 16, 2022). Yesterday, their motion was granted. Doc. 52, *Dyfan LLC v. Target Corp.*, No. 21-1725 (Fed. Cir. May 18, 2022).

At page 5, footnote 3 of their amicus brief, the professors point out that what they perceive as error in the *Dyfan* opinion also infected the Court's judgment in this case. Doc. 50-2, *Dyfan LLC v. Target Corp.*, No. 21-1725 (Fed. Cir. May 16, 2022). Accordingly, and given the substantially similar and overlapping issues raised by the co-pending petitions of Target and VIZIO, we respectfully suggest that the amicus brief in *Dyfan* warrants consideration in connection with VIZIO's still-pending petition for rehearing in this case, as well.

Very truly yours,

Charles S. Barquist

cc: Mathew Wawrzyn, Esq. (by ECF)